PROB 12C
(6/16)

Report Date: April 28, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joel Solorio Espino             Case Number: 0980 1:17CR02040-LRS-1

Address of Offender:             , Yakima, Washington 98908

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 10, 2018

Original Offense:     Possession of Firearms in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)

Original Sentence:    Prison 30 months            Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Thomas J. Hanlon            Date Supervision Commenced: September 26, 2019

Defense Attorney:     Jeremy B. Sporn             Date Supervision Expires: September 25, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Espino is alleged to have violated his conditions of supervised release by consuming a controlled substance, cocaine, on or about April 19, 2021.

Mr. Espino's supervised release conditions were reviewed with him on October 1, 2019. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

On April 19, 2021, Mr. Espino reported to the probation office and was instructed to provide a urinalysis sample. He reported he had been taking a prescribed anxiety prescription since sometime in September 2020, and forgot to report the medication to probation. The sample returned presumptive positive for cocaine and methamphetamine. On April 25, 2021, Alere Toxicology Services, Incorporated, reported Mr. Espino's urinalysis sample to be confirmed positive for cocaine. Mr. Espino was confronted regarding his illegal drug use, which he adamantly denies.

Prob12C
**Re: Espino, Joel Solorio**
**April 28, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 28, 2021

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

April 29, 2021
Date