PROB 12C
(6/16)

Report Date: March 30, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joel Solorio Espino          Case Number: 0980 1:17CR02040-LRS-1

Address of Offender:                          Yakima, Washington 98908

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 10, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Firearms in Furtherance of a Drug Trafficking Crime 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison 30 months TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 26, 2019 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: September 25, 2024 |

## PETITIONING THE COURT

To issue a summons.

On October 1, 2019, supervised release conditions were reviewed and signed by Mr. Espino acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Espino is alleged to have violated his conditions of supervised release by consuming a controlled substance, cocaine, on or before March 15, 2022.

On April 26, 2021, Mr. Espino verbally reviewed the substance abuse testing instructions, acknowledging his understanding of the drug testing program. He was instructed to call the colorline system for Merit Resource Services (Merit) and when his assigned color was called, he was to report and submit to a urinalysis testing.

On March 15, 2021, Mr. Espino reported to Merit and provided a urinalysis (UA) sample, which returned presumptive positive for cocaine. Mr. Espino signed an admission/denial

Prob12C
Re: Espino, Joel Solorio
March 30, 2022
Page 2

form at Merit denying the use of the controlled substance. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation.

On March 21, 2021, Alere reported Mr. Espino's UA sample was confirmed positive for the presence of cocaine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 30, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

March 31, 2022
Date