PROB 12C
(6/16)

Report Date: April 20, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joel Solorio Espino | Case Number: 0980 1:17CR02040-LRS-1 |
| Address of Offender: | Yakima, Washington 98908 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 10, 2018

| | |
|---|---|
| Original Offense: | Possession of Firearms in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: September 26, 2019 |
| Defense Attorney: | Jeremy B. Sporn |
| | Date Supervision Expires: September 25, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 03/30/2022.

On October 1, 2019, supervised release conditions were reviewed and signed by Mr. Espino acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.<br><br>**Supporting Evidence**: Mr. Espino is alleged to have violated his conditions of supervised release by failing to answer truthfully the questions asked by this officer on or before April 15, 2022.<br><br>On June 2, 2021, Mr. Espino reported to this officer that he obtained employment at Priority Painting, LLC, on May 21, 2021. On June 2, 2021, through April 15, 2022, the offender reported to this officer that he was employed full-time at Priority Painting, LLC. Throughout this same time, upon request, Mr. Espino provided this officer with employment verification documents. |

Prob12C
Re: Espino, Joel Solorio
April 20, 2022
Page 2

        On April 15, 2022, this officer made telephonic contact with Mr. Espino's reported employer, Priority Painting, LLC. On this same date, the offender's reported employer reported to this officer that he did not know anyone by the offender's name. Additionally, he disclosed Mr. Espino is not and has never been employed by his company. The offender's reported employer disclosed to this officer that his company was non-existent in May 21, 2021.

        Mr. Espino also submitted monthly reports via the Electronic Reporting System from June 8, 2021, through February 7, 2022, reflecting he was employed by Priority Painting, LLC.

3        **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

        **Supporting Evidence**: Mr. Espino is alleged to have violated his conditions of supervised release by failing to report a change in his employment to the probation office as of April 11, 2022.

        On April 11, 2022, Mr. Espino reported to this officer that he continued to work full-time for Priority Painting, LLC.

        On April 15, 2022, Mr. Espino's reported employer reported to this officer that the offender has never been employed by his company. On this same date, after being confronted, Mr. Espino reported his last date of employment for Priority Painting, LLC was on or about March 28, 2022.

        On April 18, 2022, while in the probation office, Mr. Espino reported to this officer that his last date of employment for Priority Painting, LLC, was April 8, 2022.

4        **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

        **Supporting Evidence**: Mr. Espino is alleged to have violated his conditions of supervised release by failing to submit a monthly report on March 5, and April 5, 2022.

        On January 7, 2021, this officer gave Mr. Espino instructions to submit a probation monthly report by the fifth of every month. Mr. Espino did not submit his monthly report on March 5, and April 5, 2022, as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Espino, Joel Solorio
April 20, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

April 20, 2022
Date