PROB 12C
(6/16)

Report Date: April 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joel Solorio Espino | Case Number: 0980 1:17CR02040-LRS-1 |
| Address of Offender: | Yakima, Washington 98908 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 10, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Firearms in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 26, 2019 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: September 25, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 03/30/2022 and 04/20/2022.

On October 1, 2019, supervised release conditions were reviewed and signed by Mr. Espino acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Espino is alleged to have violated his conditions of supervised release by consuming a controlled substance, cocaine, on or before April 18, 2022.<br><br>On April 26, 2021, Mr. Espino verbally reviewed the substance abuse testing instructions, acknowledging his understanding of the drug testing program.  He was instructed to call the colorline system for Merit Resource Services (Merit) and when his assigned color was called, he was to report and submit to urinalysis. |

Prob12C
Re: Espino, Joel Solorio
April 25, 2022
Page 2

On April 18, 2022, Mr. Espino reported to Merit and provided a urinalysis (UA) sample, which returned presumptive positive for cocaine. Mr. Espino signed an admission/denial form at Merit denying the use of the controlled substance. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation.

On April 22, 2022, Alere reported Mr. Espino's UA sample was confirmed positive for the presence of cocaine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 25, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 26, 2022
Date