PROB 12C
(6/16)

Report Date: May 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joel Solorio Espino | Case Number: 0980 1:17CR02040-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮ Yakima, Washington 98908 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: May 10, 2018 | |
| Original Offense: Possession of Firearms in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: September 26, 2019 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: September 25, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 3/30/2022, 4/20/2022 and 4/25/2022.

On October 1, 2019, supervised release conditions were reviewed and signed by Mr. Espino acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Espino is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed on May 12, 16, and 17, 2022. |
| | On May 5, 2022, after Mr. Espino's supervised release violation hearing, this officer met with the offender and defense counsel. At the conclusion of this appointment, Mr. Espino was instructed to report to the probation office on May 12, 2022. |
| | On May 12, 2022, Mr. Espino failed to report to the probation office as instructed. On this same date, this officer attempted to make telephonic contact with Mr. Espino on his last reported cellular telephone; but was unsuccessful. |

Prob12C
**Re: Espino, Joel Solorio**
**May 18, 2022**
**Page 2**

On May 16, 2022, at 9:36 a.m., this officer made a final attempt to make telephonic contact with Mr. Espino to discuss his missed office appointment on May 12, 2022, but was unsuccessful. During this same attempted telephonic contact, this officer left a voice message and sent a text message to Mr. Espino's last reported cellular telephone instructing him to report to the probation office on that same date by 3:30 p.m., which he failed to do.

Later that same date at 4:57 p.m., this officer received a text message from Mr. Espino's cellular telephone apologizing for his behavior and expressing he was "stressed, depressed, in need of treatment, scared to die, and would be entering inpatient treatment". At 5:52 p.m., this officer attempted to make telephonic contact with Mr. Espino but was unsuccessful. On that same date, a text message was sent to Mr. Espino's cellular telephone requesting he make telephonic contact with this officer and he failed to do so. This officer was concerned for Mr. Espino's well-being, and proceeded to make telephonic contact with the offender's mother, whom he resides with. She reported she had no issues or concerns with Mr. Espino and relayed he was currently not home as he was caring for his minor son. This officer requested she instruct Mr. Espino to contact this officer via telephone immediately, she verbalized an understanding and agreed to have the offender contact this officer that same evening. Later that same evening Mr. Espino's mother contacted this officer once again via her cellular telephone. She expressed concern for her son and is aware he is in need of substance abuse treatment. Further, Mr. Espino's mother relayed he may be experiencing cellular telephone issues and/or is scared to report to the probation office as he fears he will be incarcerated. This officer requested she instruct Mr. Espino to contact this officer by 12 p.m. on May 17, 2022, which he failed to do.

On May 17, 2022 at 9:16 p.m., this officer received a missed call and text message from Mr. Espino's cellular telephone number, apologizing and expressing he is stressed about issues in his personal life.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 18, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

Prob12C
**Re: Espino, Joel Solorio**
**May 18, 2022**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [✓] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

May 18, 2022
Date