PROB 12C
(6/16)

Report Date: June 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joel Solorio Espino | Case Number: 0980 1:17CR02040-LRS-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 10, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Firearms in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(08/25/2022) | Prison - 87 days<br>TSR - 57 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 31, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 30, 2027 |

### PETITIONING THE COURT

To issue a summons.

On October 11, 2022, supervised release conditions were reviewed and signed with Mr. Espino, acknowledging his understanding of his conditions and requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by being arrested for driving under the influence (DUI), on or about May 26, 2023.<br><br>On May 26, 2023, the probation office received notification from Washington State Patrol (WSP) reporting Mr. Espino was arrested and cited for DUI. Later that same day, Mr. Espino reported to this officer that he consumed four beers and shortly thereafter drove a motor vehicle.  He reported he made the decision to drive because he was less intoxicated than his passenger.  Mr. Espino reported he was subsequently arrested and cited with DUI and resisting arrest. |

Prob12C
Re: Espino, Joel Solorio
June 12, 2023
Page 2

According to the WSP narrative report for case number 23-009099, the following occurred: on May 26, 2023, a WSP trooper observed a vehicle in the City of Yakima, driving well over the posted speed limit of 20 miles per hour (MPH). The trooper observed the driver, later identified as Mr. Espino, make an abrupt stop, turn without activating his turn signal, and fail to stop at a stop sign. Upon contact with Mr. Espino, the trooper reported he could smell a strong odor of intoxicants coming from inside the vehicle. The offender initially denied consuming alcohol, and the passenger expressed she had been drinking. Once outside the vehicle, the trooper reported Mr. Espino appeared to be "unsteady" on his feet and the same odor of intoxicants was coming from the offender's person. Ultimately, Mr. Espino submitted to a voluntary preliminary breath test (PBT), which yielded a result of 0.153.

According to the responding trooper, once the offender was informed he would be arrested for DUI, he quickly became resistive. The trooper reported he gave Mr. Espino various commands to stop resisting; however, the offender failed to comply with his instructions. Due to Mr. Espino's resistance, additional units were dispatched to the scene. Several officers arrived and assisted in controlling Mr. Espino. The offender was eventually restrained and transported to the Yakima Memorial Hospital for a legal blood draw and medical clearance. Mr. Espino was ultimately booked into the Yakima County Jail for DUI and resisting arrest.

2   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

   **Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by being arrested for resisting arrest on or about May 26, 2023.

   Refer to violation #1 for details.

3   **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

   **Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by failing to abstain from alcohol on or before May 26, 2023.

   On May 26, 2023, Mr. Espino expressed to this officer that he consumed alcohol earlier that same date. He signed a drug use admission/denial form admitting to consuming alcohol.

4   **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

   **Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by failing to remain in compliance with his recommended substance abuse treatment program at Merit Resource Services (Merit) on or before May 26, 2023.

Prob12C
Re: Espino, Joel Solorio
June 12, 2023
Page 3

> On May 26, 2023, during a telephonic conversation, Mr. Espino's counselor at Merit reported to this officer that the offender is in non-compliance with his treatment plan. The counselor disclosed to this officer that Mr. Espino "appears lost" and "lacks engagement in group."

5    **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by failing to submit a random urinalysis (UA) at Merit on May 18, 2023.

On October 11, 2022, Mr. Espino reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program. He was instructed to call Merit's federal colorline system and when his assigned color was called, he was to report and submit to a UA.

On May 19, 2023, Merit reported to this officer that Mr. Espino failed to report and provide a UA on May 18, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 12, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

June 26, 2023
Date