PROB 12C
(6/16)

Report Date: July 7, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joel Solorio Espino       Case Number: 0980 1:17CR02040-LRS-1

Address of Offender:            Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 10, 2018

| | |
|---|---|
| Original Offense: | Possession of Firearms in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Revocation Sentence: (08/25/2022) | Prison - 87 days<br>TSR - 57 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Date Supervision Commenced: | August 31, 2022 |
| Defense Attorney: | Federal Defender's Office |
| Date Supervision Expires: | May 30, 2027 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/12/2023.

On October 11, 2022, supervised release conditions were reviewed and signed with Mr. Espino, acknowledging his understanding of his conditions and requirements.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by failing to remain in compliance with his recommended substance abuse treatment program at Merit Resource Services (Merit) on or before June 30, 2023. |

Prob12C
**Re: Espino, Joel Solorio**
**July 7, 2023**
**Page 2**

On June 20, 2023, the United States Probation Office received an incident report from Merit reporting Mr. Espino failed to report for his scheduled intensive outpatient (IOP) group meeting on June 15 and 16, 2023.

On June 26, 2023, via a telephonic conversation, Mr. Espino's substance abuse counselor at Merit reported to this officer that the offender failed to report for his scheduled IOP group on June 22, 2023. Mr. Espino later reported to this officer that he missed his scheduled group on June 22, 2023, because he had a 3 p.m. urgent care appointment after injuring his right hand.  It should be noted, this officer has not received proof of Mr. Espino's medical appointment and he is scheduled to attend group at Merit Wednesday through Friday from 9 a.m. to 12 p.m.

On June 30, 2023, via a telephonic conversation, Mr. Espino's substance abuse counselor at Merit reported to this officer that Mr. Espino failed to report for his scheduled IOP group earlier that same date. During this same conversation, Mr. Espino's counselor reported to this officer that the offender is in noncompliance for the month of June due to his lack of attendance.

| | |
|---|---|
| 7 | **Standard Condition #12**: You must follow th instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by failing to follow this officer's instructions on or before July 1, 2023.

On June 12, 2023, during a telephonic conversation, Merit reported to this officer that Mr. Espino's treatment was modified and he was recommended to relocate to an approved Oxford House in the Yakima area.

On June 14, 2023, during an office meeting, this officer provided Mr. Espino with a list of available Oxford houses in the Yakima area.  During this same appointment, the offender was instructed to begin scheduling Oxford House interviews so that he could obtain an approved address by his 30-day sobriety date of June 26, 2023.

On June 26, 2023, during a telephonic conversation, Mr. Espino disclosed to this officer that he has not been applying for Oxford housing because he had not been instructed to do so. During this same conversation, this officer, once again, instructed Mr. Espino to apply for Oxford housing and reminded him his deadline to move out of his current residence was at the end of June 2023.

On June 27, 2023, Mr. Espino was instructed to update this officer and his counselor at Merit with his Oxford housing plans before June 30, 2023.

As of the writing of this report, Mr. Espino has not made contact with this officer to provide an updated address as previously instructed.

| | |
|---|---|
| 8 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

Prob12C
Re: Espino, Joel Solorio
July 7, 2023
Page 3

**Supporting Evidence**: Mr. Espino is alleged to have violated his supervised release conditions by failing to submit a monthly report on July 5, 2023.

On October 11, 2022, this officer gave Mr. Espino instructions to submit a monthly report by the 5th of every month. Mr. Espino did not submit his monthly report on July 5, 2023, as instructed.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 7, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[✓]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

July 7, 2023
Date